Opinion issued April 7, 2008










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-08-00217-CV

____________


 IN RE A&B VALVE AND PIPING SYSTEMS, L.P. A/K/A A&B VALVE
AND PIPING SYSTEMS; A&B G.P.,L.L.C.; CONNIE DOBSON; MARTIN
WILLMORE; TARA KOLAR; AND LINDA URBANEK, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators filed a petition for a writ of mandamus complaining of Judge
Hancock's (1) March 26, 2008 order. Judge Hancock modified this order on April 4,
2008.

 We dismiss as moot the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.
1. The Honorable Patricia Hancock, judge of the 113th District Court of Harris
County, Texas. The underlying lawsuit is Nat'l Oilwell Varco, L.P. v. A&B Bolt &
Supply, Inc., No. 2006-79749 (113th Dist. Ct., Harris County).